APRIL 24, 1991

No. 90–1511. LAYMON ET AL. *v.* T. D. WILLIAMSON, INC. C. A. Fed. Cir. Certiorari dismissed under this Court's Rule 46.

APRIL 29, 1991

No. 89–753. ANGELONE, DIRECTOR, NEVADA DEPARTMENT OF PRISONS, ET AL. *v.* DEUTSCHER. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McCleskey* v. *Zant*, 499 U. S. 467 (1991), and *Lewis* v. *Jeffers*, 497 U. S. 764 (1990).

No. 90–209. CALIFORNIA *v.* SALGADO. Ct. App. Cal., 4th App. Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *California* v. *Hodari D.*, 499 U. S. 621 (1991).

No. 90–1399. SOUTHERN LIFE & HEALTH INSURANCE CO. ET AL. *v.* TURNER. Sup. Ct. Ala. Motion of American Council of Life Insurance for leave to file a brief as *amicus curiae* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pacific Mut. Life Ins. Co.* v. *Haslip*, 499 U. S. 1 (1991).